# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAR LESTER BLUEFORD,<br><br>    Plaintiff,<br><br>v.<br><br>DR. MCCONNLY,<br><br>    Defendant. | Case No. 1:19-cv-00618-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 5)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Javar Lester Blueford is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on May 8, 2019. (ECF No. 1.) On May 10, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 5.)

The deadline for Plaintiff to comply with the Court's May 10, 2019 order has passed, and Plaintiff has not submitted an application to proceed *in forma pauperis*, paid the $400.00 filing fee, or otherwise responded in any way to the Court's order.

Local Rule 110 provides that "[f]ailure of … a party to comply … with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Further, a plaintiff's failure to comply with court orders and prosecute their action is grounds for dismissal. In re Phenylpropanolamine (PPA)

Products Liability Litigation, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court shall serve this order and a blank application to proceed *in forma pauperis* by a prisoner on Plaintiff;

2. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall EITHER:

   a. Complete and submit an application to proceed *in forma pauperis*; OR

   b. Pay the $400.00 filing fee for this action; OR

   c. Show cause in writing why this action should not be dismissed for failure to comply with the Court's May 10, 2019 order and failure to prosecute this action; and

3. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to the District Judge that the instant action be dismissed for failure to obey a court order and failure to prosecute</u>.

IT IS SO ORDERED.

Dated: **July 15, 2019**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

2