# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAR LESTER BLUEFORD,<br><br>Plaintiff,<br><br>v.<br><br>DR. MCCONNLY,<br><br>Defendant. | Case No. 1:19-cv-00618-LJO-BAM (PC)<br><br>ORDER DISCHARGING JULY 15, 2019 ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 9) |

Plaintiff Javar Lester Blueford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was initiated on February 28, 2018. (ECF No. 1.)

On May 10, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee, within forty-five days from the date of service of the order. (ECF No. 5.)

On July 15, 2019, after Plaintiff failed to timely file either an application to proceed *in forma pauperis* or pay the filing fee, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute and failure to obey a court order. (ECF No. 9.) Plaintiff was directed to either submit an application to proceed *in forma pauperis*, pay the $400.00 filing fee for this action, or show cause in writing why this action should not be dismissed, within twenty-one days from the date of service of the order. (Id. at 2.)

1

On July 30, 2019, Plaintiff timely filed an application to proceed *in forma pauperis*. (ECF No. 11.) On August 2, 2019, the California Department of Corrections and Rehabilitation submitted certified prison trust account statement for Plaintiff's account. (ECF No. 13.) On August 5, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis*. (ECF No. 14.)

Based on Plaintiff's submission of an application to proceed *in forma pauperis*, the Court finds good cause to discharge the order to show cause. Accordingly, the Court's July 15, 2019 order to show cause, (ECF No. 9), is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **August 6, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE